IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02630-PAB

TAEUS INTERNATIONAL CORPORATION, a Colorado corporation,

    Plaintiff,

v.

RICHARD EHRLICKMAN, an individual,
IPAPPROACH, LLC, a Florida limited liability company, and
IPOFFERINGS, LLC, a Florida limited liability company,

    Defendants.

## ORDER OF DISMISSAL

    This matter is before the Court on plaintiff's notice of dismissal [Docket No. 19]. In light of plaintiff's notice, it is

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this case is dismissed with prejudice, with each party to pay their own attorney's fees and costs.

    DATED December 31, 2009.

                                                           BY THE COURT:

                                                           s/ Philip A. Brimmer
                                                           PHILIP A. BRIMMER
                                                           United States District Judge